## INITIAL CONFERENCE QUESTIONNAIRE

1.    Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:   September 28, 2017

2.    If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of:   plaintiff(s) TBD   and defendant(s)   TBD

3.    Number of depositions by plaintiff(s) of: parties   3   non-parties   1

4.    Number of depositions by defendant(s) of:   parties   5   non-parties   0

5.    Date for completion of factual discovery:   January 12, 2018

6.    Number of expert witnesses of plaintiff(s):   0   medical   1   non-medical

       Date for expert report(s):   January 12, 2018

7.    Number of expert witnesses of defendant(s):   0   medical   1   non-medical

       Date for expert report(s):   February 1, 2018

8.    Date for completion of expert discovery:   February 12, 2018

9.    Time for amendment of the pleadings by plaintiff(s)   November 30, 2017
       or by defendant(s)   November 30, 2017

10.   Number of proposed additional parties to be joined by plaintiff(s)  TBD and by defendant(s)   TBD   and time for completion of joinder:   November 30, 2017

11.   Types of contemplated dispositive motions:   plaintiff(s):   Summary Judgment
                                                                       defendant(s):   Summary Judgment

12.   Dates for filing contemplated dispositive motions:   plaintiff(s):   March 12, 2018
                                                                       defendant(s):   March 12, 2018

13.   Have counsel reached any agreements regarding electronic discovery?   If so, please describe at the initial conference.

14.   Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts?   If so, please describe at the initial conference.

15.   Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.) *
       Yes   ____   No   X

_____
**\* The fillable consent form may be found at**
http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html  **and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**