

Dove A.E. Burns | Partner
Direct 646.292.8736 | dburns@goldbergsegalla.com

October 26, 2017

**VIA ECF**

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    D'Eric Simmions, et al v. Pierless Fish Corp., at al
            Docket No. 1:17-cv-3044-FB-CLP

Dear Judge Pollak:

    As ordered by this Court, the parties hereby jointly submit the following briefing schedule for the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("TRO"):

- November 17, 2017 for Plaintiffs' Brief
- December 8, 2017 for Defendants' Brief

    In the meantime, the parties are also exploring whether it is possible to resolve the TRO without further involvement of the Court.

                                        Very truly yours,

                                        Dove A.E. Burns

Cc:    Ben Weisenberg, Esq.